

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

May 1, 2024

**BY EMAIL**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    ***United States v. Sharon Toney-Finch*, No. 24 Cr. 263**

Dear Judge McCarthy:

    The Government writes respectfully to request that the Court unseal the Indictment, 24 Cr. 263, and related arrest warrant in the above-referenced case, as the defendant has been arrested.

                                                    Respectfully submitted,

                                                    DAMIAN WILLIAMS
                                                    United States Attorney

                                       By:   /s/
                                                    Ryan W. Allison
                                                    Margaret N. Vasu
**APPLICATION GRANTED**             Assistant United States Attorneys
                                                    Southern District of New York
*Judith C. McCarthy* (signature)           (212) 637-2475
Hon. Judith C. McCarthy   5-1-2024    (914) 993-1926