```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :       ORDER
v.                                           :
                                             :       24 CR 263 (VB)
SHARON TONEY-FINCH,                          :
                         Defendant.          :
--------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/25

For the reasons stated on the record at today's pretrial conference, it is HEREBY ORDERED:

1. Mr. Perez and Mr. Kofman's request to be relieved as defendant's counsel (Docs. ##26, 27, 35) is GRANTED. The Clerk is instructed to terminate their appearances on the docket.

2. The next case management conference is scheduled for March 26, 2025, at 10:00 a.m.

3. Expert discovery pursuant to Rule 16(a)(1)(G) and (b)(1)(C), as well as Rule 404(b) evidence, shall be disclosed by no later than May 23, 2025.

4. Motions in limine (including any government motion to admit Rule 404(b) evidence), shall be filed by May 23, 2025. Opposition to any motions in limine shall be filed by June 6, 2025. No replies will be permitted absent prior permission from the Court.

5. Proposed voir dire and requests to charge shall be filed by June 6, 2025. The parties are encouraged, to the extent possible, to agree on the requests to charge.

6. On the consent of the government, 3500 material and Giglio material shall be produced by June 6, 2025.

7. Marked government case-in-chief exhibits shall be produced by June 6, 2025.

8. The final pre-trial conference is scheduled for June 17, 2025, at 10:00 a.m.

9. Jury selection and trial is scheduled for June 23, 2025.

10. Time is excluded under the Speedy Trial Act in the interest of justice through March 26, 2025.

Dated: January 21, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge