IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X

UNITED STATES OF AMERICA
                             *Plaintiff,*

    *-against-*                                                                 No. 7:24-CR-00263-VB-1

SHARON TONEY-FINCH,
                             *Defendant.*

--------------------------------------- X

# UNOPPOSED MOTION TO CONTINUE THE SENTENCING HEARING AND ALL ASSOCIATED DEADLINES

Ms. SHARON TONEY-FINCH, pursuant to Fed. R. Crim. P. 32(b) respectfully moves this Court to continue the sentencing hearing currently scheduled for September 3, 2025, to a date not sooner than September 30, 2025, and to continue all associated deadlines, specifically the deadline to file a sentencing memorandum, accordingly.

## I.    Relevant Procedural History

On March 26, 2025, Ms. Toney-Finch pleaded guilty to one count of wire fraud in violation of 18 U.S.C. § 1343 (Count One) and one count of stolen valor in violation of 18 U.S.C. §§ 704(b) and (d)(1) (Count Three). (Dkt. Entry, Mar. 26, 2025.) That same day, this Court scheduled the sentencing hearing for September 3, 2025. (*Id.*)

1

## II. Factual Assertions

Ms. Toney-Finch is currently scheduled for a sentencing hearing on September 3, 2025. Unfortunately, Mr. Akiti has a scheduling conflict in Bismarck, North Dakota, on September 3, 2025. *United States of America v. Jimmy Louis Stewart, Jr.*, No. 1:23-CR-00164-DMT-1 (D.N.D. Aug. 16, 2023).

Furthermore, Mr. Akiti will be unavailable to participate in Ms. Toney-Finch's sentencing hearing until a date in late September. Between September 4, 2025, and September 23, 2025, Mr. Akiti has a travel-intensive schedule of in-person court appearances; he is to appear in the Northern District of Ohio, the District of Idaho, the District of Minnesota, and for oral arguments before the Ninth Circuit Court of Appeals. A continuance to September 30, 2025, would suffice for Mr. Akiti and Ms. Toney-Finch to finalize the sentencing memorandum, afford the Government adequate time to respond, and allow all parties to complete preparations for the sentencing hearing.

## III. Argument and Citation of Authority

"[C]ourt[s] must impose sentence without unnecessary delay." Fed. R. Crim. P. 32(b)(1). However, a "court may, for good cause, change any time limit prescribed in [Federal Rule of Criminal Procedure 32]." Fed. R. Crim. P. 32(b)(2).

Ms. Toney-Finch submits that there is good cause to continue the sentencing hearing. Mr. Akiti has a conflicting hearing on September 3, 2025, in another state, prohibiting him from attending both hearings. Furthermore, a continuance of the sentencing hearing until September 30, 2025, would allow Mr. Akiti to be present at both hearings and complete preparations for the sentencing hearing in this matter.

**IV.    Opposing Party's Position**

The Government <u>does not</u> oppose this request.

**V.    Conclusion**

Ms. Toney-Finch, based on the foregoing assertions and argument, prays that this Court grant her request and continue the sentencing hearing and all associated deadlines to September 30, 2025.

Date:        August 15, 2025

                Respectfully submitted,

                ***s/ Serguel Mawuko Akiti***
                Serguel Mawuko Akiti, Esq.
                D.C. Bar # 1631134
                sakiti@lowtherwalker.com

                ***s/ Murdoch Walker, II***
                Murdoch Walker, II, Esq.
                Ga. Bar # 163417
                mwalker@lowtherwalker.com

                Lowther | Walker LLC
                101 Marietta St., NW, Ste. 3650
                Atlanta, GA 30303
                O 404.496.4052 | F 866.816.7859
                www.lowtherwalker.com

                Attorneys for Defendant
                Sharon Toney-Finch

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X

UNITED STATES OF AMERICA
        *Plaintiff,*

  -*against*-                                                No. 7:24-CR-00263-VB-1

SHARON TONEY-FINCH,
        *Defendant.*

--------------------------------------- X

## CERTIFICATE OF SERVICE

I certify that on August 15, 2025, I electronically filed the foregoing UNOPPOSED MOTION TO CONTINUE THE SENTENCING HEARING AND ALL ASSOCIATED DEADLINES with the Clerk of the United States District Court for the Southern District of New York by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date:       August 15, 2025

Respectfully submitted,

***s/ Serguel Mawuko Akiti***
Serguel Mawuko Akiti, Esq.
D.C. Bar # 1631134
sakiti@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3650
Atlanta, GA 30303
O 404.496.4052 | F 866.816.7859
www.lowtherwalker.com