IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 7:24-CR-00263-VB |
| | ) | |
| SHARON TONEY-FINCH | ) | |

### SENTENCING SUBMISSION

Ms. SHARON TONEY-FINCH, respectfully submits the attached letter in support of her forthcoming sentencing hearing.

Date: September 29, 2025

                                                  Respectfully Submitted,

                                                  ***s/ Murdoch Walker II, Esq.***
                                                  Murdoch Walker, II. Esq.
                                                  Ga. Bar No. 163417
                                                  mwalker@lowtherwalker.com

                                                  ***s/ Serguel Mawuko Akiti***
                                                  Serguel Mawuko Akiti, Esq.
                                                  DC. Bar # 1631134
                                                  sakiti@lowtherwalker.com

                                                  Lowther | Walker LLC
                                                  101 Marietta St., NW, Ste. 3650
                                                  Atlanta, GA 30303
                                                  O 404.496.4052 | F 866.819.7859
                                                  www.lowtherwalker.com

                                                  Attorneys for Defendant
                                                  Sharon Toney-Finch

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | 7:24-CR-00263-VB |
| ) | |
| SHARON TONEY-FINCH ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2025, I electronically filed the foregoing SENTENCING SUBMISSION with the Clerk of the United States District Court for the Southern District of New York by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date:        September 29, 2025

Respectfully Submitted,

*s/ Serguel Mawuko Akiti*
Serguel Mawuko Akiti, Esq.
DC. Bar # 1631134
sakiti@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3650
Atlanta, GA 30303
O 404.496.4052 | F 866.819.7859
www.lowtherwalker.com

Attorney for Defendant
Sharon Toney-Finch

2

Sharon Toney-Finch
750C Route 292
Holmes, NY 12531

September 29, 2025

Hon. Vincent L. Briccetti
300 Quarropas St., Suite 154
White Plains, NY 10601

Dear Hon Briccetti:

I, Sharon Toney-Finch, would like to apologize for my crimes, my behavior, and am accepting full responsibility for what I have done. I am really sorry for the crimes I committed and for breaking the law. What I did was wrong and I see that now. I loved doing what I was doing with the foundation which felt like I was keeping the memory of my son, Yerik, alive. It made a difference in the lives of the individuals I was helping as well as in my life. It was also like medicine to me and kept me going knowing I was doing something to help others. It helped me mentally and emotionally and gave me something to look forward to while taking my mind off the hurt and pain I was experiencing. I felt like what I was doing in the community was what really mattered, but it was not all that mattered. The mistakes I made not only affected the business, but also the people's lives I was touching and helping; my family and friends as many individuals have distanced themselves from me and no longer want to be bothered with me. I was doing something nice in the community with my son's foundation and now that's all gone and it hurts really bad. I feel like a failure in the business, the community, and as a mother. Having to live with this, my crimes, and my consequences is sometimes more than I can bear. I am so sorry and wish I could go back and do things over. I see so much now that I didn't see before. My heart is broken over my behavior, crimes, and the lives I have affected, the people I let down, and the community that depended on me. I am ashamed, embarrassed, and feel like I am nothing.

I am getting mental health therapy to help me deal with and come to terms with the crimes I committed and how to move forward from there. I accept what I did was wrong and it was criminal as I have disgraced those that I served with and helped. I am very sorry for what I have done. My therapist is very helpful and has sessions with me regularly even when I am in crisis and don't know how I am going to make it through the day. I am trying to take better care of myself and to be there for my family, whom I am trying to put first in my life and not leave them suffering because of my actions. I am also taking care of my physical sicknesses and injuries to be better able to take care of myself and be there for my family. I feel like I have been given a second chance at being a Mom with helping Eugene's son conquer his learning disabilities. He is doing better and is on track to graduate high school this school year. This has helped me cope with the loss of my son, Yerik, that I feel I will never get over.

I stepped away from the YIT Foundation and will let my Mother dismantle it as she sees fit. I cannot risk being exposed to the environment I was in before that took me out of myself and to places of criminal behavior that I am just ashamed, hurt, and so sorry about. Please have mercy on me. I am also working on being able to pay the restitution and I apologize for the damage I have done to the Grant companies. It was wrong and I don't know how to get past this. I do want to make things right and be able to pay the restitution.

I would like to apologize to the granters that had faith in me as they saw the work I was doing in the different communities helping the Veterans as well with families. I was wrong for misusing the funds for my own purpose as I was being selfish. I hope that you can find it in your hearts to forgive me as I will be working on paying back what I mishandled and as well work on being honest person that can help others in their time of need.

Sincerely,

Sharon Toney Finch