# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK
# WHITE PLAINS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 7:24-CR-00263-VB |
| | ) | |
| SHARON TONEY-FINCH | ) | |

## MOTION TO TEMPORARILY AMEND CONDITIONS OF RELEASE

Ms. SHARON TONEY-FINCH, pursuant to 18 U.S.C. § 3142, respectfully moves this Court to allow her to travel to and from Las Vegas, situated in the District of Nevada, with her family for the purpose of attending a wedding from October 2 to October 5, 2025, and submits the following in support thereof.

I.     **Relevant Procedural History**

On March 26, 2025, Ms. Toney-Finch pleaded guilty to one count of wire fraud in violation of 18 U.S.C. § 1343 (Count One) and one count of stolen valor in violation of 18 U.S.C. § 704(b) and (d)(1) (Count Three). (Dkt. Entry, Mar. 26, 2025.) On September 30, 2025, Ms. Toney-Finch was sentenced and permitted to self-surrender with previously set bail conditions. (Unsecured Bond Conditions, ECF No. 4.)

1

## II. Memorandum of Law and Argument

This Court "may at any time amend the [release] order to impose additional or different conditions of release." 18 U.S.C. § 3142(c)(3).

Ms. Toney-Finch, who has complied with all conditions of her pretrial release, requests that this Court temporarily amend the conditions of her release to allow her to travel to and from Las Vegas, situated in the District of Nevada, with her family for the purpose of attending a wedding from October 2 to October 5, 2025.

Specifics regarding both trips will be given to her assigned pre-trial services officer and can be made available to the Court. Mr. Toney-Finch will, of course, comply with all conditions of release.

## IV. Opposing Party's Position

The Government <u>does not</u> oppose this request, but instead defers to pre-trial services. Pre-trial Services <u>does not</u> oppose this request.

## V. Conclusion

Ms. Toney-Finch, based on the foregoing assertions and argument, prays that this Court permit her to travel from October 2 to 5, 2025.

Date:        September 30, 2025

        Respectfully Submitted,

        ***<u>s/ Murdoch Walker II, Esq.</u>***
        Murdoch Walker, II. Esq.
        Ga. Bar No. 163417
        mwalker@lowtherwalker.com

        ***<u>s/ Serguel Mawuko Akiti</u>***
        Serguel Mawuko Akiti, Esq.
        DC. Bar # 1631134
        sakiti@lowtherwalker.com

        Lowther | Walker LLC
        101 Marietta St., NW, Ste. 3650
        Atlanta, GA 30303
        O 404.496.4052 | F 866.819.7859
        www.lowtherwalker.com

        Attorneys for Defendant
        Sharon Toney-Finch

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 7:24-CR-00263-VB |
| | ) | |
| SHARON TONEY-FINCH | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2025, I electronically filed the foregoing MOTION TO TEMPORARILY AMEND CONDITIONS OF RELEASE with the Clerk of the United States District Court for the Southern District of New York by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date:	September 30, 2025

        Respectfully Submitted,

        *s/ Serguel Mawuko Akiti*
        Serguel Mawuko Akiti, Esq.
        DC. Bar # 1631134
        sakiti@lowtherwalker.com

        Lowther | Walker LLC
        101 Marietta St., NW, Ste. 3650
        Atlanta, GA 30303
        O 404.496.4052 | F 866.819.7859
        www.lowtherwalker.com

        Attorney for Defendant
        Sharon Toney-Finch